# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael Cheatom          Docket Nos. 01-00088-001 and 01-00146-001

### Petition on Supervised Release

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael Cheatom, who was placed on supervision by the Honorable Gary L. Lancaster sitting in the Court at Pittsburgh, Pennsylvania, on the 15th day of March 2002, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall pay a $100 special assessment.
- The defendant shall participate in a program of testing and treatment, if necessary, for drug abuse.

03-15-02:     Receipt of Firearm by a Person Under Indictment; 51 months' imprisonment followed by 3 years' supervised release.

08-12-08:     Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

    Your Petitioner reports that the supervised releasee was arrested by the Pittsburgh Police on February 3, 2009, and charged with Possession of a Controlled Substance and Possession With the Intent to Deliver a Controlled Substance (2 counts). These charges are pending to date.

    Your Petitioner further reports that a urine sample obtained on January 27, 2009, tested positive for marijuana. As a sanction for the drug positive, we recommend that the supervised releasee be placed on home detention with electronic monitoring for a period of 4 months. The supervised releasee has signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release, agreeing to the modification.

PRAYING THAT THE COURT WILL ORDER that the supervised releasee be placed on home confinement for a period of 4 months to commence at the direction of the U.S. Probation Office. The use of electronic monitoring shall be at the discretion of the U.S. Probation Office.

ORDER OF COURT

Considered and ordered this 20th day of Feb., 20 09 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      February 17, 2009

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:      Pittsburgh, PA